IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



**VINCENT E. WILLIAMS,**

    Plaintiff,

v.                                               Civil Action No. **3:09CV708**

**MS. MCFARLIN,** *et al.,*

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on February 23, 2010, the Court ordered Plaintiff to submit an amended complaint within fifteen (15) days. The Court advised Plaintiff that failure to comply would result in dismissal without prejudice. More than fifteen days have elapsed, and Plaintiff has made no attempt to comply with the February 23, 2010 Memorandum Order. Plaintiff's actions demonstrate a wilful failure to prosecute. *See* Fed. R. Civ. P. 41(b). Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

    It is so ORDERED.

Date: JUL - 8 2010
Richmond, Virginia

                            /s/
                      Richard L. Williams
                  United States District Judge